### Alfred WOODS, Appellant,

v.

### STATE of Missouri, Respondent.

### No. 56295.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 5, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 11, 1990.

Application to Transfer Denied Feb. 13, 1990.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

#### ORDER

PER CURIAM.

Movant, Alfred Woods, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. Movant failed to file his Rule 24.035 motion within ninety days of his delivery to the department of corrections. Rule 24.035(b). The motion court dismissed movant's motion as untimely. *Id.* The findings and conclusions of the motion court are not clearly erroneous. Rule 24.035(j). *Day v. State*, 770 S.W.2d 692, 696 [2] (Mo. banc 1989). An extended opinion would serve no jurisprudential purpose. We affirm. Rule 84.16(b).

### Guy Lester BURROUGHS, Appellant,

v.

### STATE of Missouri, Respondent.

### No. 56370.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 5, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 11, 1990.

Application to Transfer Denied Feb. 13, 1990.

Cheryl Rafert, St. Louis, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent. .

#### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion after an evidentiary hearing. The motion court's findings regarding movant's claims are not clearly erroneous, and an extended opinion would have no precedential value. We, therefore, affirm the judgment pursuant to Rule 84.16(b).